USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/07/2026

Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

July 6, 2026

***Via ECF***
Magistrate Judge Katharine H. Parker
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Rushefsky v. Next Marvel, Inc. d/b/a Zelool
1:26-CV-2915-DEH-KHP

Dear Magistrate Judge Parker:

We represent the Plaintiff in this matter.

Please take notice that the parties have settled the above-captioned case in principle. Plaintiff anticipates dismissing this action with prejudice within 60 days from the date of this notice. The parties respectfully request all currently pending deadlines in the action be adjourned *sine die.*

Sincerely,
*/s/ Robert Schonfeld*
Robert L. Schonfeld, Esq.

**APPLICATION GRANTED: In light of the parties' representation that they have settled this matter, the Initial Case Management Conference previously scheduled for August 12, 2026, is hereby adjourned sine die.**

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**
**07/07/2026**